# EXHIBIT J

- 1 -



- 1 -







Case: 1:15-cv-08940 Document #: 1-10 Filed: 10/08/15 Page 5 of 8 PageID #:165



Case: 1:15-cv-08940 Document #: 1-10 Filed: 10/08/15 Page 6 of 8 PageID #:166



