# EXHIBIT K











