# EXHIBIT L





- 3 -



