## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Gamon Plus, Inc. et al. v.     Case Number: 1:15-cv-08940
Campbell Soup Company et al.

An appearance is hereby filed by the undersigned as attorney for:
Gamon Plus, Inc. and Gamon International, Inc.

Attorney name (type or print):  Mircea A. Tipescu

Firm:   Benesch, Friedlander, Coplan & Aronoff LLP

Street address:  71 S. Wacker Drive - Suite 1600

City/State/Zip:  Chicago, IL 60606

Bar ID Number:  6276053                Telephone Number:  312.212.4976
(See item 3  in instructions)

Email Address:  mtipescu@beneschlaw.com

Are you acting as lead counsel in this case?        ☑ Yes    ☐ No

Are you acting as local counsel in this case?       ☐ Yes    ☑ No

Are you a member of the court's trial bar?          ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes    ☐ No

If this is a criminal case, check your status.      ☐ Retained Counsel

                                                    ☐ Appointed Counsel
                                                    If appointed counsel, are you

                                                    ☐ Federal Defender

                                                    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  July 15, 2021

Attorney signature:   S/  Mircea A. Tipescu
                      (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015