**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Gamon Plus, Inc., et al.

                        Plaintiff,

v.                                               Case No.: 1:15−cv−08940
                                                      Honorable Charles R. Norgle Sr.

Campbell Soup Company, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 18, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for extension of time until September 7, 2021 to file a responsive pleading to the counterclaims [174] is granted. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.