IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMON PLUS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP COMPANY, et al.,<br><br>Defendants. | CASE NO. 1:15-CV-08940<br><br>JUDGE CHARLES R. NORGLE, SR.<br>MAGISTRATE JUDGE YOUNG B. KIM |

## ORDER

This matter coming before the Court on the Agreed Motion to Amend the Briefing Schedule for Defendants' Partial Motion to Dismiss, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

The Agreed Motion to Amend the Briefing Schedule for Defendants' Partial Motion to Dismiss [176] is granted.

ENTERED:

*/s/ Charles Norgle*
_____
JUDGE
8/18/2021

Prepared By:
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.624.6382
calmendarez@beneschlaw.com

14955935 v1