**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GAMON PLUS, INC. and GAMON INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMPBELL SOUP COMPANY, MEIJER, INC., THE KROGER CO., and TRINITY MANUFACTURING, L.LC.,<br><br>Defendants. | Case No. 15-cv-8940<br><br>Judge John Robert Blakey<br>Magistrate Judge Young B. Kim<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR SANCTIONS BASED ON EXCEPTIONAL NONRESPONSIVE AND EVASIVE CONDUCT OF DEFENDANTS' EXPERTS IN DEPOSITION AND EXHIBITS 1 AND 2**

Pursuant to Local Rules 5.8 and 26.2, Plaintiffs, Gamon Plus, Inc. and Gamon International, Inc. (collectively, "Gamon"), respectfully move this Court for leave to file under seal their Motion for Sanctions Based on Exceptional Nonresponsive and Evasive Conduct of Defendants' Experts in Deposition ("Motion") and Exhibits 1 and 2 thereto ("Exhibits").

1. On October 14, 2016, this Court entered a Protective Order ("Protective Order") that is in effect. (Dkt. 91.)

2. The Exhibits are excerpts of the transcripts of proceedings of the Experts and are designated as Confidential and Highly Confidential – Attorneys' Eyes Only, respectively, under the Protective Order.

3. The Motion includes quotations from each exhibit, and thereby also contains information designated as Confidential and Highly Confidential – Attorneys' Eyes Only under the Protective Order.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully requests that this Court grant leave to file their Motion and Exhibits under seal.

Dated: July 26, 2024

Respectfully submitted,

*/s/ Kal K. Shah*

Kal K. Shah
Mircea A. Tipescu
Cristina Q. Almendarez
Louis Constantinou
BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 212-4949
kshah@beneschlaw.com
mtipescu@beneschlaw.com
calmendarez@beneschlaw.com
lconstantinou@beneschlaw.com

Timothy P. Heaton (admitted *pro hac vice)*
BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
Telephone: 646.593.7050
theaton@beneschlaw.com

Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
jsheasby@irell.com

Lisa S. Glasser
Stephen M. Payne
IRELL & MANELLA LLP
840 Newport Center Dr., Suite 400
Newport Beach, CA 92660
lglasser@irell.com
spayne@irell.com

*Attorneys for Gamon Plus, Inc. and Gamon International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Kal K. Shah*
*One of the attorneys for Gamon Plus, Inc. and Gamon International, Inc.*