# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Gamon Plus, Inc., et al.

                                      Plaintiff,

v.                                                      Case No.: 1:15−cv−08940
                                                      Honorable Georgia N. Alexakis

Campbell Soup Company, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: Jury trial held and concluded on 10/17/25. The jury returned a verdict in favor of Plaintiffs Gamon Plus, Inc. and Gamon International, Inc. and against defendants Campbell's Soup Company, f/k/a Campbell Soup Company, Meijer, Inc., The Kroger Co., and Trinity Manufacturing, LLC in the amount of $17,000,000 against Campbell's, $398,564.27 against Trinity, and $0 against Meijer and Kroger. Judgment entered on the verdict. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.