# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Gamon Plus, Inc. and Gamon International, Inc,

Plaintiff(s),

v.

Campbell's Soup Company, f/k/a Campbell Soup Company, Meijer, Inc., The Kroger Co., and Trinity Manufacturing, LLC ,

Defendant(s).

Case No. 15-cv-8940
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiffs Gamon Plus, Inc. and Gamon International, Inc. and against defendants Campbell's Soup Company, f/k/a Campbell Soup Company, Meijer, Inc., The Kroger Co., and Trinity Manufacturing, LLC in the amount of $17,000,000 against Campbell's, $398,564.27 against Trinity, and $0 against Meijer and Kroger.

This action was *(check one)*:

☒ tried by a jury with Judge Georgia N. Alexakis presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion

Date: 10/20/2025

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk